IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NAVDEEP SINGH NAVDEEP
SINGH,

Petitioner,

vs.

CAROLYN SOMMER in her capacity
as, Acting Warden of McCook
Detention Center, et al.,

Respondents.

8:26-CV-165

ORDER

The petitioner seeks immediate release from U.S. Immigration and Customs Enforcement custody. But the petitioner is—and was when the petition was filed—detained at the Polk County Jail in Des Moines, Iowa. *See* filing 3; filing 4. And generally, habeas jurisdiction lies in the district of confinement. *E.g., Trump v. J.G.G.*, 604 U.S. 670, 672 (2025); *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Accordingly,[1]

IT IS ORDERED that the Clerk of the Court <u>immediately</u> effect transfer of this case to the United States District Court for the Southern District of Iowa.

Dated this 15th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The Court elects to immediately transfer this case, without holding the transfer pending a possible motion for reconsideration or petition for review, for the reasons stated in *Gomez Gallardo v. Noem*, No. 0:26-CV-720, 2026 WL 272427, at *1 (D. Minn. Feb. 2, 2026).